# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
2013 BMW 528 sedan, VIN: WBAXG5C55DDY34176,
Arizona license plate LHA26G

Case No. 22-9341 MB

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-4**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B-4**

**YOU ARE COMMANDED** to execute this warrant on or before __10/3/2022__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☒ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __9/19/2022@1:01pm__

*Judge's signature*

City and state: <u>Phoenix, Arizona</u>

<u>Honorable Eileen S. Willett, U.S. Magistrate Judge</u>
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No: 22-9341MB | Date and Time Warrant Executed: 09/22/2022    @ 06:40 AM | Copy of Warrant and Inventory Left With: Tuwahnna Gowie |

Inventory made in the presence of:

Postal Inspectors Ray Shepard and John Springer

Inventory of the property taken and name of any person(s) seized:

See attched Search Warrant Inventory

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/22/2022

*Michael Cunha*
*Executing officer's signature*

Michael Cunha/ U.S. Postal Inspector
*Printed name and title*

# THE UNITED STATES POSTAL INSPECTION SERVICE
# SEARCH WARRANT INVENTORY 22-9341 mb    Position/Box.: ____/____

Subject Name: _____  Date: 9/21/22

Subject Address: 2013 BMW 528 (LHA26G)  Floor/Room No. _____

Inspector(s): PI Hunter, PI Shepard     Case No. 3614502

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| Room A | USPS receipts and USPS money order found in front passenger seat (1S0001801384) ✓ |
| Room A | Blue Iphone in black case found plugged into car charger (1S0001801385) ✓ |
| | mut |
| | mut |
| | mut |
| | mut |

DISTRIBUTION OF COPIES:
White- *U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 1 pages